UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 12-cv-07038 |
| WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATES OF LEGUASTER WILLIAMSON AND NATHANIEL WILLIAMSON; MARK SHARP; ROBERT J. SHARP; MICHAEL D. SHARP; UNKNOWN HEIRS AND LEGATEES OF LEGUASTER WILLIAMSON; UNKNOWN HEIRS AND LEGATEES OF NATHANIEL WILLIAMSON; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; | ) ) ) ) ) ) ) ) ) ) ) ) | Judge: Sharon Johnson Coleman |
| Defendants. | ) | |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

      I, Caleb J. Halberg, certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record through operation of the Court's Case Management/Electronic Case Files system on November 4, 2013, and on the following non-ECF filers by first class mailing:

**See attached Service List**

*s/Caleb J. Halberg*
CALEB J. HALBERG
Attorney for the United States
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003
chalberg@potestivolaw.com

## Service List

William P. Butcher as Special Representative
 of the Estates of Leguaster Williamson
 and Nathaniel Williamson
2044 Ridge Road
Homewood, IL 60430

Mark Sharp
8015 South Clyde
Chicago, Illinois 60617

Robert J. Sharp
8015 South Clyde
Chicago, IL 60617

Michael D. Sharp
8015 South Clyde
Chicago, IL 60617

Unknown Heirs and Legatees
 of Leguaster Williamson
8015 South Clyde
Chicago, Illinois 60617

Unknown Heirs and Legatees
 of Nathaniel Williamson
8015 South Clyde
Chicago, Illinois 60617

Unknown Owners and Non-Record Claimants
8015 South Clyde
Chicago, Illinois 60617

 s/*Caleb J. Halberg*
CALEB J. HALBERG
Potestivo & Associates, P.C.
Attorneys for Plaintiff
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
(312)263-0003
chalberg@potestivolaw.com